# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Kevin Alexander** | **Reporter: G. Power** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: A. Ellis** |
| **CARLOS ANKTON** | |
| **counsel: Kim Driggers** | |
| **counsel:** | **Date: January 22, 2008** |
| | **CASE NO: 4:02CR00110-01-WRW** |

## COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 11:15 a.m.**                                                                              **End: 11:30 a.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke DENIED; supervised release modified; 6 months home detention w/electronic monitoring to be paid by Probation; substance abuse treatment and mental health counseling; deft remanded until electronic monitoring is installed; amended J&C to be entered.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**