```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

    vs.                    4:02CR00110-01-WRW

CARLOS ANKTON

<u>ORDER</u>

The above entitled cause came on for a hearing January 22, 2008, the Honorable William R. Wilson, presiding, on the Motion to Revoke the Supervised Release of the defendant, Carlos Ankton. After reviewing the matter before the Court, the Motion to Revoke was DENIED. Mr. Ankton's term of supervised release is modified to add home detention with the use of electronic monitoring for a term of six (6) months. Mr. Ankton shall participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol through the course of treatment. Mr. Ankton is also to participate in mental health counseling. The remaining terms of conditions of supervised release are in full force and effect.

IT IS SO ORDERED this 22nd day of January, 2008.

                                                    /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE

supvrdny.jdg.wpd