IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                              4:02CR00110-01-WRW

CARLOS DEWAYNE ANKTON

### AMENDED AND SUBSTITUTED
### JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of six (6) months at a designated Bureau of Prisons correctional facility. Mr. Ankton is to participate in nonresidential substance abuse treatment during incarceration. A term of supervised release of one (1) year will follow imprisonment. The defendant shall participate, under the guidance and supervision of the U.S. Probation Office in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment. The remaining terms and conditions of Mr. Ankton's supervised release previously imposed remain in full force and effect.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 26th day of January, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Ankton.wpd